UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM ROBERT OMLER, <br> Plaintiff, <br> v. <br> BUTTE COUNTY JAIL, et al., <br> Defendants. | Case No. 20-cv-02207-HSG <br><br> **ORDER OF TRANSFER** |

Plaintiff, an inmate at Deuel Vocational Institute in Tracy, California ("DVI"), has filed a *pro se* civil rights action against the Butte County Sheriff's Department, the Butte County Jail and Butte County, regarding events that took place while plaintiff was housed in Butte County Jail. Dkt. No. 1 at 1-3. Butte County is located within the venue of the Eastern District of California. *See* 28 U.S.C. § 84(b). No defendant is alleged to reside in, and none of the events or omissions giving rise to the complaint occurred in, the Northern District. Venue therefore is proper in the Eastern District, and not in this one. *See* 28 U.S.C. § 1391(b). Accordingly, in the interests of justice and pursuant to 28 U.S.C. § 1406(a), this action is TRANSFERRED to the United States District Court for the Eastern District of California. The Clerk of the Court is directed to transfer the case forthwith.

**IT IS SO ORDERED.**

Dated: 4/6/2020

HAYWOOD S. GILLIAM, JR.
United States District Judge