UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM ROBERT OMLER,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>BUTTE COUNTY JAIL, et al.,<br><br>　　　　　Defendants. | No. 2:20-cv-0719 CKD P<br><br><br>ORDER |

This case was recently transferred from the Fresno Division. A review of court records reveals that the complaint filed in this action is the same as the complaint filed in 2:20-cv-0701 KJN P. Because this action is duplicative, the Clerk of the Court is directed to close this case. Plaintiff shall proceed on his claims in 2:20-cv-0701 KJN P.

Dated: April 10, 2020

　　　　　　　　　　　　　　　　　　／s／ Carolyn K. Delaney
　　　　　　　　　　　　　　　　　　CAROLYN K. DELANEY
　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1/bh
omle0719.dup

1